# B1 (Official Form 1) (1/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Contract Furniture Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **74-2650049** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1002 Antelope Ridge, Cedar Park, TX** ZIP CODE **78613** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Williamson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **1002 Antelope Ridge, Cedar Park, TX** ZIP CODE **78613** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] Over 100,000

**Estimated Assets**
- [ ] $0 to $50,000
- [x] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

**Estimated Liabilities**
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [x] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.57.1, ID 2570·

| B1 (Official Form 1) (1/08) | | |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): | Contract Furniture Services, Inc. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an Individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                               Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.57.1, ID 2570*

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Contract Furniture Services, Inc.**

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X *[signed]*
Ivan Ramirez    Bar No. 24045071

Ramirez & Martinez de Vara, PLLC
4801 NW Loop 410
Suite 365
San Antonio, TX 78229

Phone No (210) 448-7755    Fax (210) 448-7756

2-16-10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Contract Furniture Services, Inc.

X *Nancy Baroody [signed]*
Signature of Authorized Individual

Nancy Baroody
Printed Name of Authorized Individual

President
Title of Authorized Individual

2/16/10
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

B6D (Official Form 6D) (12/07)
In re Contract Furniture Services, Inc.                    Case No. _____
                                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Accion Texas, Inc.<br>2014 South Hackberry St.<br>San Antonio, TX 78210 | | DATE INCURRED: June 2009<br>NATURE OF LIEN: Non-Purchase Money<br>COLLATERAL: business assets<br>REMARKS:<br>VALUE: $0.00 | | | | $12,600.00 | $12,600.00 |
| ACCT #: xxxx1206<br>Capital One<br>901 Louis Henna<br>Round Rock, TX 78664 | X | DATE INCURRED: August 2008<br>NATURE OF LIEN: Non-Purchase Money<br>COLLATERAL: CD's<br>REMARKS:<br>VALUE: $0.00 | | | | $65,000.00 | $65,000.00 |
| | | Subtotal (Total of this Page) > | | | | $77,600.00 | $77,600.00 |
| | | Total (Use only on last page) > | | | | $77,600.00 | $77,600.00 |

__No__ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities)

B6E (Official Form 6E) (12/07)

In re  Contract Furniture Services, Inc.                                              Case No. _____
                                                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of

_____1_____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.
In re Contract Furniture Services, Inc.

Case No. _____
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | | DATE INCURRED: 2008<br>CONSIDERATION:<br>941 Taxes<br>REMARKS:<br>EIN 74-20969 | | | | $32,717.66 | $32,717.66 | $0.00 |

Sheet no. __1__ of __1__ continuation Subtotals (Totals of this page) > | $32,717.66 | $32,717.66 | $0.00
attached to Schedule of Creditors Holding Priority Claims
Total > | $32,717.66

(Use only on last page of the completed Schedule E.

Totals > | | $32,717.66 | $0.00

(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical

B6F (Official Form 6F) (12/07)
In re    Contract Furniture Services, Inc.    Case No. _____
                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> ADI <br> 3450 Rue Saint-Hubert <br> Quebec, Canada 534845 | | DATE INCURRED: June 2009 <br> CONSIDERATION: <br> Goods and services <br> REMARKS: | | | | $49,000.00 |
| ACCT #: xxxx-xxxx-xxxx-7571 <br> Capital One <br> PO Box 30285 <br> Salt Lake City, UT 84130 | | DATE INCURRED: 2008 <br> CONSIDERATION: <br> Credit Card <br> REMARKS: | | | | $4,198.00 |
| ACCT #: xxxxxxxx5955 <br> Dell Consumer Credit <br> PO Box 689020 <br> Des Moines, IA 50368 | | DATE INCURRED: June 2009 <br> CONSIDERATION: <br> goods and services <br> REMARKS: | | | | $1,200.00 |
| ACCT #: xxxx-xxxx-xxxx-1734 <br> First Equity <br> PO Box 23029 <br> Columbus, GA 31902 | | DATE INCURRED: 2008 <br> CONSIDERATION: <br> Credit Card <br> REMARKS: | | | | $12,370.00 |
| ACCT #: <br> ISE, Inc. <br> 950 Warden Ave. <br> Scarborough Ontario, Canada Mil 4E3 | | DATE INCURRED: 2008 <br> CONSIDERATION: <br> goods and services <br> REMARKS: | | | | $5,000.00 |
| ACCT #: 14 <br> Merit Seating <br> 7177 Airport Rd. <br> Temple, TX 76502 | | DATE INCURRED: 2008 <br> CONSIDERATION: <br> goods and services <br> REMARKS: | | | | $5,042.00 |
| | | | | | Subtotal > | $76,810.00 |
| | | | | | Total > | |

___2___ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   Contract Furniture Services, Inc.

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Michel G. Null, Esq.<br>20208 W. Highway 71<br>Austin, TX 78669-6461 | | DATE INCURRED: 2009<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS:<br>Versteel/Ditto Sales, Inc. v. Contract Furniture Services, Inc. No. 08-050-C277 | | | | Unknown |
| ACCT #: 2773<br>National Assoc. of Credit Mgmt.<br>1710 N. Calispel St.<br>PO Box 2606<br>Spokane, WA 99220 | | DATE INCURRED: 2009<br>CONSIDERATION:<br>**Collecting for -Lawton Printing, Inc**<br>REMARKS: | | | | $498.00 |
| ACCT #:<br>Robert T. Becker<br>11501 D.K. Ranch Rd.<br>Austin, TX 78759 | | DATE INCURRED: Sept 2008<br>CONSIDERATION:<br>**Business Loan**<br>REMARKS: | | | | $10,000.00 |
| ACCT #: xxxxx2001<br>United Stationers<br>PO Box 676502<br>Dallas, TX 75267 | | DATE INCURRED: 2008<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | | | $14,357.00 |
| ACCT #:<br>University of Mary Hardin Baylor<br>900 College St.<br>Belton, TX 76513 | | DATE INCURRED: 2009<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | | | $17,423.00 |
| ACCT #:<br>Versteel/Ditto Sales<br>2332 Cathy Lane<br>Jasper, IN 47546 | | DATE INCURRED: 2006<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | | | Unknown |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $42,278.00
Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   Contract Furniture Services, Inc.          Case No. _____
                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCT #:<br>Workrite Ergonomics<br>1450 Technology Lane<br>Petaluma, CA 94954 | | DATE INCURRED: July 2008<br>CONSIDERATION:<br>Goods and services<br>REMARKS: | | $3,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to    Subtotal >    $3,000.00
Schedule of Creditors Holding Unsecured Nonpriority Claims     Total >    $122,088.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: Contract Furniture Services, Inc.

CASE NO

CHAPTER 11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 2/16/10

Signature *Nancy Bardody*
Nancy Bardody
President

Date _____

Signature _____

Accion Texas, Inc.
2014 South Hackberry St.
San Antonio, TX 78210


ADI
3450 Rue Saint-Hubert
Quebec, Canada 534845


Capital One
901 Louis Henna
Round Rock, TX 78664


Capital One
PO Box 30285
Salt Lake City, UT 84130


Dell Consumer Credit
PO Box 689020
Des Moines, IA 50368


First Equity
PO Box 23029
Columbus, GA 31902


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


ISE, Inc.
950 Warden Ave.
Scarborough Ontario, Canada M1l 4E3


Merit Seating
7177 Airport Rd.
Temple, TX 76502

Michel G. Null, Esq.
20208 W. Highway 71
Austin, TX 78669-6461


Nancy Baroody
1002 Antelope Ridge
Cedar Park, TX 78613


National Assoc. of Credit Mgmt.
1710 N. Calispel St.
PO Box 2606
Spokane, WA 99220

Robert T. Becker
11501 D.K. Ranch Rd.
Austin, TX 78759


United Stationers
PO Box 676502
Dallas, TX 75267


University of Mary Hardin Baylor
900 College St.
Belton, TX 76513


Versteel/Ditto Sales
2332 Cathy Lane
Jasper, IN 47546


Workrite Ergonomics
1450 Technology Lane
Petaluma, CA 94954